UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLEIGH MARCH,

    Plaintiff,

v.

SECURITAS SECURITY SERVICES USA,
and HONEYWELL INTERNATIONAL INC.,

    Defendants.

_____/

File no: 1:23-cv-194

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 28, 2023 (ECF No. 23). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions to dismiss (ECF Nos. 11, 14) are **GRANTED**.

**IT IS FURTHER ORDERED** that to the extent Plaintiff's complaint asserts claims under state law, the Court declines to exercise supplemental jurisdiction.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated: August 22, 2023

    /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE